1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  TRACIE L. BROWN  (184339)
   Assistant United States Attorney
5      450 Golden Gate Ave., Box 36055
       San Francisco, California 94102
6      Telephone:  (415) 436-7200
       Fax: (415) 436-7234
7      E-Mail: tracie.brown@usdoj.gov

8  Attorneys for Plaintiff

9
                   UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                     SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,        )      No. CR 10-0232 CRB
14                                   )
           Plaintiff,                )
15                                   )      [PROPOSED] ORDER EXCLUDING
           v.                        )      TIME FROM APRIL 15, 2010 TO MAY
16                                   )      12, 2010
   SHARON SKYLOR,                    )
17                                   )
           Defendant.                )
18  _____ )

19

20
           The defendant, Sharon Skylor, represented by Brian Getz, and the government,
21
   represented by Tracie L. Brown, Assistant United States Attorney, appeared before the Court on
22
   April 15, 2010 for initial appearance and arraignment.  The parties represented that the
23
   government had not yet provided discovery that the defense will need to review before the initial
24
   District Court appearance.  The parties further represented that the next available date on which
25
   counsel are both available is May 12, 2010.  The parties thus requested a continuance of the
26
   matter to that date.
27
           The matter was continued to May 12, 2010 at 2:15 p.m. before the Honorable Charles R.
28

   ORDER EXCLUDING TIME
   Case No. CR 10-0232 CRB

Breyer for further proceedings.  Counsel requested that time be excluded under the Speedy Trial Act between April 15, 2010 and May 12, 2010 in light of counsel's respective schedules and the need to produce and review the discovery.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between April 15, 2010 and May 12, 2010 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between April 15, 2010 and May 12, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time between April 15, 2010 and May 12, 2010 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).


DATED: _____    April 19,2 010

THE HON. BERNARD ZIMMERMAN
United States Magistrate Judge